JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHRAF GEORGE, ASHRAF BOTROS, )<br><br>Plaintiffs, )<br><br>v. )<br><br>PSYCHEMEDICS CORPORATION and )<br>DOES 1 through 50, inclusive, )<br><br>Defendants. )<br> ) | Case No.: CV 15-6936-DMG-JCx<br><br>**ORDER RE DISMISSAL OF ACTION [31]** |

Pursuant to the Stipulation entered into by and between Plaintiffs ASHRAF GEORGE and ASHRAF BOTROS and Defendant PSYCHEMEDICS CORPORATION through their respective counsel of record, and good cause appearing having been shown,

IT IS HEREBY ORDERED that the above-captioned action is hereby DISMISSED with prejudice in its entirety. All scheduled dates and deadlines are VACATED.

DATED: July 25, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1